UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRYL M. YOUNG,

    Petitioner,

v.   CASE NO. 6:06-cv-733-Orl-18JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

---

## ORDER

This case is before the Court on the following motions:

1. Petitioner's Request for a Certificate of Appealability (Doc. No. 31, filed December 18, 2006) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 21 day of December, 2006.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
sc 12/19
Counsel of Record
Darryl M. Young